AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIE R. BENTON, JR.<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:18MJ 1123<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 26, 2018__ in the county of __Summit__ in the __Northern__ District of __Ohio, Eastern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1) and (b)(1)(A) | possession with the intent to distribute approximately seven kilograms of cocaine, a Schedule II controlled substance; |
| 21: 846, 841(a)(1) and (b)(1)(A) | conspiracy to possess with the intent to distribute approximately seven kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
Please see attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Daniel D. Wehrmeyer, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/27/18

_____
Judge's signature

City and state: Akron, OH

Kathleen B. Burke, U.S. Magistrate Judge
Printed name and title

FILED 18 JUN 27 PM 3:29 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON