FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUL 24  PM 4: 05

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | **JUDGE ADAMS** |
| | ) | |
| v. | ) | CASE NO. 5 : 18  CR  406 |
| | ) | Title 21, Sections 841(a)(1), |
| WILLIE R. BENTON, JR., | ) | (b)(1)(A), (b)(1)(B), 846 and |
| ARMANDO V. MERIDA, | ) | 853, United States Code |
| | ) | |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine,
in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846)

The Grand Jury charges:

1.     From at least as early as May 29, 2018 and continuing up to and including

June 26, 2018, the exact dates unknown to the Grand Jury, in the Northern District of Ohio,

Eastern Division, Defendants WILLIE R. BENTON, JR. and ARMANDO V. MERIDA did

knowingly and intentionally combine, conspire, confederate and agree together and with each

other and with diverse others known and unknown to the Grand Jury to distribute and to

possess with the intent to distribute at least 500 grams or more of a mixture and substance

containing a detectable amount of Cocaine, a Schedule II controlled substance, Defendants

herein did knowingly and intentionally possess with the intent to distribute five kilograms or

more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1),

(b)(1)(B) and 846.

COUNT 2
(Possession with the Intent to Distribute Cocaine,
in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2.     On or about June 26, 2018, in the Northern District of Ohio, Eastern Division,

Defendant WILLIE R. BENTON, JR. did knowingly and intentionally possess with the intent

to distribute at least 5 kilograms or more of a mixture and substance containing a detectable

amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Distribution of Cocaine,
in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3.     On or about June 26, 2018, in the Northern District of Ohio, Eastern Division,

Defendant ARMANDO V. MERIDA did knowingly and intentionally distribute at least 500

grams or more of a mixture and substance containing a detectable amount of Cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

4.     For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the

allegations of Counts 1 through 3 are incorporated herein by reference.  As a result of the

foregoing offenses, Defendants WILLIE R. BENTON, JR. and ARMANDO V. MERIDA,

shall forfeit to the United States any and all property constituting, or derived from, any

proceeds they  obtained, directly or indirectly, as the result of such violations; any and all of

their property used or intended to be used, in any manner or part, to commit or to facilitate

the commission of such violations; including, but not limited to, the following: $94,190.00 in

U.S. Currency seized on June 26, 2018.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.