# MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Willie R. Benton

Date: February 13, 2019
Case No. 5:18CR406
Judge: John R. Adams
Court Reporter: Caroline Mahnke
Pts/ProbOffice Michelle Spaulding

U.S. Attorney:              Aaron Howell
Attorney for Defendant(s):    Larry Whitney.

## SENTENCING:

Defendant committed to the custody of the Bureau of Prisons for a period of 260months as to Count 1 with credit for time served.

Probation ordered for a period of     years  with standard/special conditions.

Supervised release: for a term of 10 years as to Count 1  with conditions.

Fine: Waived.

Restitution: N/A

The Defendant is to pay a special assessment of $100.00 as to Count 1.

X   The defendant was advised of his appeal rights.

Comments: Defendant is remanded to custody.              .

Total Time:2 Hrs.                          S/Christin M. Kestner
                                          Courtroom Deputy Clerk