```
 1                  UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
 3

 4   UNITED STATES OF AMERICA,

 5              Plaintiff,         Case No. 5:18CR406
                                   Akron, Ohio
 6        vs.                      Thursday, November 1, 2018
                                   10:00 a.m.
 7   WILLIE R. BENTON, JR.,

 8              Defendant.

 9

10                TRANSCRIPT OF PRETRIAL HEARING
              BEFORE THE HONORABLE JOHN R. ADAMS
11                UNITED STATES DISTRICT JUDGE

12
     APPEARANCES:
13
     For the Government:  Aaron P. Howell
14                        Office of the U.S. Attorney - Akron
                          2 South Main Street, Room 208
15                        Akron, Ohio 44308
                          (330) 375-5716
16
     For the Defendant:   Lawrence J. Whitney
17                        Burdon & Merlitti
                          137 South Main Street, Suite 201
18                        Akron, Ohio 44308
                          (330) 253-7171
19
     Court Reporter:      Caroline Mahnke, RMR, CRR, CRC
20                        Federal Building & U.S. Courthouse
                          2 South Main Street, Suite 568
21                        Akron, Ohio 44308
                          (330) 252-6021
22

23

24   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription.
25
```

| | |
|---|---|
| 1 | <u>Thursday, November 1, 2018</u> |
| 2 | THE COURT: For the record, the Court has before |
| 3 | it today Case Number 5:18CR406. The case is United States |
| 4 | of America versus Willie R. Benton. We're here today for a |
| 5 | status conference and/or final pretrial. We have a trial |
| 6 | date of November 13. |
| 7 | Counsel for the government, what's the update with |
| 8 | regard to the status of the matter, please? |
| 9 | MR. HOWELL: Good morning, Your Honor. Aaron |
| 10 | Howell on behalf of the United States. |
| 11 | Attorney Whitney and I have had extensive discussions. |
| 12 | We've reduced the plea agreement to writing. I've made some |
| 13 | requested changes, and I know that Mr. Whitney has had an |
| 14 | opportunity to speak to Mr. Benton briefly this morning. |
| 15 | I'll just say from the United States' perspective, |
| 16 | this plea agreement will not get any better than what it is |
| 17 | in its current form. Also, this is the United States' final |
| 18 | offer in regards to that. But I do not know what the |
| 19 | defendant's intentions are. |
| 20 | THE COURT: Mr. Whitney. |
| 21 | MR. WHITNEY: Thank you, Your Honor. |
| 22 | It is true that on Monday, I think it was, the |
| 23 | government, after I and the government talked about the case |
| 24 | for a long time, we came to kind of a general agreement. |
| 25 | Then Mr. Howell put it in writing. I went and saw the |

1   defendant, he and I, on the next morning, on Tuesday
2   morning.  And then we suggested some changes, three or four,
3   for the final plea agreement.
4          And this morning I got those and talked to the
5   defendant briefly downstairs.  And as you know, it's not the
6   best opportunity to talk to somebody downstairs.  There is
7   no way I can hand papers to him or things of that nature.
8          But the government did concede on two of the three
9   concerns that I had.  There is one final concern that was
10  not approved.  One request that I had that was not approved
11  by his immediate supervisor.  But an alternative was
12  proposed.
13         And I -- that is not easy to relay, in that -- in
14  other words, we can get what we want, but Willie is going to
15  have to give up something that he wants.  And we're in the
16  midst of talking about that.
17         So I think we're just about there, Judge, in terms of
18  an agreement except for that one issue.  And I need time to
19  go down and sit with Mr. Benton because it does mean a great
20  deal of time for him.  It's a four -- it's basically a
21  four-level jump that we're talking about here.  And his
22  criminal history category, I think, is all the way, at least
23  a V.  And that means a great deal of time for him.
24         So I would ask the Court to consider just giving us a
25  little more time to talk about this issue with Willie so

1  that we can determine if there is something we're going to
2  sign.  I think he is leaning towards signing it, but I think
3  he and I need to sit down and spend an hour or so discussing
4  it.
5              THE COURT:  This afternoon?
6              MR. WHITNEY:  I could do that, yeah, I guess.
7              THE COURT:  Or tomorrow morning?
8              MR. WHITNEY:  I would have to go to Youngstown.
9              THE COURT:  Well, those are my two options.  He's
10 here.  He probably will be here until 2:00 or 3:00 this
11 afternoon, maybe 4:00.  Probably 3:00.  I have a 1:30
12 arraignment, I think, or something of that nature.  So he'll
13 be here until 3:00, if you want to talk to him then.
14         Otherwise, tomorrow morning is the last -- tomorrow
15 morning is the deadline.  We're done.  We've had numerous
16 continuances, and we have to get prepared.  If we're going
17 to try the case on November 13, then I need to be prepared.
18 There is an outstanding motion.
19         So I will give you additional time, a very short
20 window of time.  Otherwise we need to put on the record the
21 government's plea offer and then start getting prepared for
22 trial.
23         I know there is an outstanding motion, too, I need to
24 address.
25         But I'll give you some additional time based on the

1     fact there has been some changes this morning, but time is
2     short.
3             MR. WHITNEY:  I'll just cancel my day, Judge.
4             THE COURT:  You don't have to cancel your entire
5     day, I wouldn't think.  Would you have to cancel your entire
6     day?  It's 10:15.
7             MR. WHITNEY:  Well, maybe not my day.
8             THE COURT:  It's up to you.  I'm giving
9     you -- I'm just saying --
10            MR. WHITNEY:  I will stick around and I will call
11    my office and hopefully in the next hour or so we'll be
12    asking the Court for --
13            THE COURT:  It's up to you.  If you want to do it
14    today, later this afternoon, or if you would like to come
15    back tomorrow morning and for me to take the plea at that
16    time, I can do that.
17         Or if there is not going to be a plea -- I'm not
18    suggesting there has to be -- we can then discuss going
19    forward.
20            MR. WHITNEY:  Okay.
21            THE COURT:  I guess I'm assuming Mr. Howell is
22    available tomorrow morning.  I don't know if that's the
23    case.
24            MR. HOWELL:  I'll make myself available, Your
25    Honor.

1    THE COURT:  I think -- I'm sorry to interrupt,
2    but I think the better part of caution is tomorrow morning,
3    10:00.  That way he can discuss it in full with you this
4    afternoon, Mr. Whitney.  If he wants to discuss it with
5    family or friends, or what have you, then he has that time.
6    He has the evening to think about it.
7         MR. WHITNEY:  That's fine, Judge.  Thank you.
8         THE COURT:  All right.  I'm just going to stress,
9    no more.  Tomorrow.
10        MR. WHITNEY:  No more.
11        THE COURT:  Tomorrow is it because we have to get
12   ready for trial.  All right.
13        MR. WHITNEY:  All right.
14        THE COURT:  Thank you very much.  We'll see you
15   then.
16       (Proceedings concluded at 10:15 a.m.)
17
18                    C E R T I F I C A T E
19
20           I certify that the forgoing is a correct
21   transcript from the record of proceedings in the
22   above-entitled matter.
23
24           S/Caroline Mahnke              5/7/2019
25           Caroline Mahnke, RMR, CRR, CRC     Date