**RECEIVED**
AUG 10 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

5:18CR406

Willie Benton
#19-3287
Appeal No#

**FILED**
8:30 am Aug 11 2020
Clerk U.S. District Court
Northern District of Ohio
Akron

To whom may concer Clerk of courts District Court,

I wrote 2 letters now in regards of not being Able to talk with my Lawyer on my Appeal Issues I have less the 60 days to file with Supreme Court And I need materials to be Able to do effectively And Lawyer still has not reach out in a timely time frame. I'm writing Again Requesting my:

1. copy of Plea Agreement Any written statements And verbatim report of Plea Hearing.
2. Police Reports
3. Prosecuter's statement of Probable cause
4. Charging Document And Any Grand Jury re-entry Documents if Any.
5. ~~[scribbled out]~~ Any copies of letters or emails or notes Between Prosecutor And my Counsel Lawyer.
6. Jury Instructions.

Hopefully not missing Anything And I need this in a timing fashion to be Able do my Appeal case properly please.

File on Record And Send copy Thank you Back please

Willie Beckett #65740060
F.C.I Hazelton
Federal Correctional Institution
P.O. BOX 5000
Bruceton, Mills WV 26525

Legal MAIL

5:18CR406
44308-187699

Cardine Mahnke - Clerk
Federal Building U.S. Courthouse
2 South Main Street, Suite 568
Akron, Ohio 44308