LAW OFFICES
# ROBERT A. DIXON
ATTORNEY AT LAW

4403 ST. CLAIR AVENUE
CLEVELAND, OHIO 44103
TELEPHONE 216-432-1992

*File to Record*
*#19-3287*

October 10, 2019

*Rec'd*
*AUG 10 2020*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF OHIO*
*AKRON*

*5:18CR406*

Willie Benton, #65749-060
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

Dear Willie:

Enclosed please find a copy of the brief which was filed on your behalf in the Sixth Circuit Court of Appeals. As I stated in our recent discussion, I feel that I raised every issue possible based on the record in the trial court. I also believe that we have a decent chance of getting the case remanded at least for a resentencing.

The next thing that will happen is that the State will file a brief and we will have the opportunity to respond to their filing. I will plan on coming to see you after the State has filed their brief which should be in the next 30 to 60 days.

Very truly yours,

Robert A. Dixon

Robert A. Dixon

RAD/jmk

Encl.

LAW OFFICES
# ROBERT A. DIXON
ATTORNEY AT LAW

4403 ST. CLAIR AVENUE
CLEVELAND, OHIO 44103
TELEPHONE 216-432-1992

*file to Record*
*# 19-3287*

May 2, 2019

Willie Benton, #65749-060
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

Dear Willie:

Your recent letter which is postmarked April 15, 2019, indicates that you sent me three letters. Just to let you know, I have only received two letters and both were postmarked April 15, 2019. I will see about getting hooked up on email with you, if possible. In the meantime, please be advised that we are mindful of all deadlines. As you can see from the enclosed order, the next deadline is for the court reporter to file a transcript.

Until I see the transcripts, I will not be able to give you any more information on the issues that we will raise. However, we will send you copies of the transcripts and we will have plenty of time to confer once we have them.

I continue to look forward to working on this for you.

Very truly yours,

Robert A. Dixon

RAD/jmk

Encl.

LAW OFFICES
# ROBERT A. DIXON
ATTORNEY AT LAW

4403 ST. CLAIR AVENUE
CLEVELAND, OHIO 44103
TELEPHONE 216-432-1992

*file to Record
# 19-3287*

December 30, 2019

Willie Benton, #65749-060
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

Dear Willie:

Enclosed please find a copy of the brief filed by the government. I feel that they really did not squarely address whether the court relied on mistaken "facts" when he imposed the sentence.

I am researching to determine if a reply brief is warranted.

I will plan on visiting you as soon as my schedule permits.

Very truly yours,

Robert A. Dixon

Robert A. Dixon

RAD/jmk

Encl.

Please put on Record sent letter to district court to lawyer and to Appeal Courts to show a Report Please file to Record & Return.

Willie Benton
#19-3287

MR. Dixon, once again Im writing because today Supreme Court writ was due July 29, 2020. I told you in last letter I have got with Appeals Court and got extension myself. I have done Research on Post-Conviction And Writ for Supreme Court on my own also. You said you feel we do not have a issue to file, I believe we kind of due have a "issue". I have read letters you wrote me and I have copies of them, and in one letter May 2, 2019 you state you would set up email so we can communicate better. These letters not working And we missed deadlines on several occassions because we cant talk about case. In Another letter on Oct 10, 2019 You state government filed there brief and we could file a "Reply Brief" But we miss the timing to do so and you never got with me to do so or never even filed a "Reply Brief" That was A major time we could have raise the issues we have now about Appeal Arguement but now we cant, and you also never told me about 14 day timeline to file a Re-hearing on the matters. THats 2 major missed things on my Appeal. Research, Investigation duties, timely filing is Required to win Post-Conviction And I Paid for Counsel. I have Request to

The Lower courts and Appeal courts to send me or you all casefiles, evidence and things we need to do proper investigation duties for post-conviction research And to put my future letters and process of all things going on in my case on Record to protect my Rights and build a Report in case I have to file a collateral Attack.
  Please mr. Dixon give me a Email or do what you can so we can move foward.

Supreme Court writ issues cases I found why I feel we should file or do something :
" Vincent ASARO" v. United STATES 767 F. App'x 173 (2d Cir 2019)
– Constitutional Provisions involved same as my issues:
 • 5th Amendment – No person shall be held to answer for a Capitol, or otherwise infamous crime, unless on presentment or indictment of a Grand Jury no be deprived of life, Liberty, ... without Due Process
 • 6th Amendment – In all Criminal prosecutions, the accused shall enjoy the right to trail ...
   And have the Assitance of Counsel for Defense.
 The use of Acquitted Conduct or Uncharged

Reason for Granting Petition

Crimes by a jury/Grand Jury can only be Resolved by the Supreme Court, the Astro Case and many others prove that.)

- Judge Gorsuch invoked Justice Scalia's dissent in Jones in "United States v. Sabillion Umana, 772 F.3d 1328 (10th Cir 2014)." It is far from certain whether the Constitution allows "a Judge to increase a defendants sentence" based on facts the Judge finds without aid of a Jury or the defendants' consent."

- Judge Kavanaugh observed that "allowing Judges to rely on acquitted or uncharged conduct to impose a higher sentence then otherwise would be imposed seems a dubious infrigement of the rights to due process and to a jury trail.

- Judge Bright has argued "United States v. Lasley, 832 F.3d 910, 920-21 (8th Cir 2016)," that "the use of acquitted conduct to enhance a defendants sentence should deemed Unconstitional, under both the 6th Amendment and the Due Process Clause of the 5th Amendment, and as urge the Supreme Court to re-examine its continued use.

federal and state courts have reached same conclusion.

- Procedural Error - in "United States v. Ibanga, 271 Fo Appx 298 (4th cir. 2008), the government appealed the sentence and challenge the districts courts refusal to consider acquitted conduct. The (4th circuit) held that the district court committed "Significant Procedural Error" and reversed for resentencing. The practice of sentencing defendants based on Acquitted Conduct weakens the 6th Amendment Right to A Jury and 5th Amendment Right to due Process Law.

Ino I write alot Mr. Dixon hope you taking time to read and understand my view and point, but you dont answer none my Questions when write please send me your email letters not working and missing timelines all I have is post-conviction or Supreme, what we argued and trail lawyer argued was kind of vague and not on topic that mattered the facts of evidence of "Posses with Intent to Distribute Cocaine base" was not indicted or Proven with Reasonable Doubt or defended at time of Plea or could Be. Please Respond.

(File on Record Please)

Willie R. Benton JR. - Appeal Case no. #19-3287

"United States v. Patterson, 595 F.3d 1324, 1328 (11cir 2010)
- Will not review if not been heard by district court, and a factual record has not been developed.

I'm not filing Actual ineffective claim on Appeal Lawyer but I am putting on record in case I do development can be acknowledge.
   I have wrote many letters to my lawyer about all filings I'm allowed to do for my Appeal, Supreme Court Writ, and know Post-Conviction. I have learned recently that my lawyer did not file a answer brief to governments reply brief which enclosed he wrote me a letter Stating he was looking into and another letter saying "State will file brief and we will have opportunity to reply." States he will try to come visit me and also look into setting up an email for us to Communicate. As of April 30th, I was denied appeal and also he missed the timeline to file Rehearsing on Appeal issues. Now I'm at Supreme Court Writ Stage. Due to Covid-19 it's hard to Communicate with my lawyer through letters and we are on lockdown, so that is why I missed the re-hearsing in 14-day time frame.
   To file proper Post-Conviction or to do Research for my Supreme Court Writ filing, I would need the following. Proper evidence must be gathered to Support Post-Conviction claims why I need the following: "Investigating the Guilt phase of case,"
     a) Court appearance docket

b) Charging docket
c) The ~~Decision~~ verbatim Report or Report of proceedings
d) Jury instructions or Grand Jury Instructions
① Requests (if any)
e) Judgement and sentence with warrant of "Commitment."
f) Police Report
g) Video, audio, or any text messaging all in written form sent to me on any disk to lawyer. (Mr. Robert Dixon, 4403 St. Clair Ave. Cleveland, Oh 44103)
<u>Need all the above sent to me and lawyer.</u>

② "Guilty Plea Investigation"
  a) Copy of signed Plea Agreement and any written statement or statements of probable cause.
  b) The prosecutors statement of probable cause.
  c) A verbatim report of plea agreement.
  d) Pre-Sentence Report (PLEASE SEND TO LAWYER ONLY)
  e) Copies of any letters, emails, or notes between prosecutor and defense counsel (Trial Lawyer Larry Witney)

I need the courts rule for filing, fees, approved forms, and types of claims or errors that can be raised. I know my lawyer has not requested or have these things to properly investigate, plaining, and research so I may file petitions correctly for my "Post-Conviction" and "Supreme Court Writ."

Willie Benton #65749060
F.C.I. Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton, mills WV 26525



PITTSBURGH PA 150

31 JUL 2020 PM 4 L

Legal
Mail

5:18CR406

Caroline Mahnke - Clerk
Federal Building + U.S. Courthouse
2 South main street  Suite 568
Akron, Ohio 44308

44308-187699