*Please
* File To Record

Please Tell me what can do if Lawyer not
Responding.

Willie R. Benton Jr #19-3287

5:18CR406

Today is Aug 25 I am writing again
Concern about my fair Counsel with lawyer
I have paid I had a writ due with
Supreme Court on July 29, 2020. I had to
write Appeal Courts myself to request for
a Continuence. Reasons is bad communication
with my lawyer they gave me til Sept 29, 2020
because of Covid-19. Its Been 4 months
And my lawyer is still not reaching out
to me to decide about filing with Supreme
Court. He already missed 14 day deadline
to file a Re-hearing En banc after
Appeal Court denied and did not
even attempt to get in touch with me
about also did not file a Reply Brief
during my Appeal I am writing So
Courts no about his ineffectiveness
and Counsel. Please note and file
on Record this letter and I have wrote
him over 30 letters about my concerns he
Just does not Respond. I ask for emails
for him to call Jail and or write
he does niether. I do not no what else to
do and my fair Justice with filing all
These things is not faire to me.

RECEIVED
AUG 31 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

FILED
SEP 03 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Willie B_____ H_____ __-____
FCI Hazelton
Federal Correctional Institution
P.O. BOX 5000
Bruceton, Mills WV 26525

PITTSBURGH PA 150

24 AUG 2020 PM 5 L

USA
FOREVER

Legal
Mail

S:18CR406
44308-187699

Caroline MAhnke - Clerk
Federal Building U.S. Courthouse
2 South main Street Suite 568
Akron, Oh 44308