RECEIVED
SEP 03 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

FILED
SEP 03 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Willie R. Benton Jr
#19-3287
5:18CR406

I am writing again to please send me information on the correct manner to go by in Requesting My Brief for Appeal that has been Judge on is final and my lawyer is not contacting me on no matters and Im Requesting. Requesting to be appointed Counsel because my Appeal Lawyer filed a Frivolous Brief and did not Argue my Constitutional issues that were violated. I have wrote District Courts About matter also but no Answer to my Questions on how to Address. My Appeal was done And filed without my say so or Consulting over with Lawyer And Now have A Supreme Court Writ due in 30 days And I had Request Extension Myself because My lawyer is not Responding or Reaching out to me at all. I need fair Counsel Please So Again Please file to Record And Appoint Me Counsel is my ReQuest to Address My Appeal issues.

Thank You.

Also Ask for Documents Needed if have to pay for Copies have not got A Response from Courts?

Requesting to be Appointed Counsel for Appeal Concerns Lawyer I have is not Responding And filed A "Frivolous" Brief not Addressing Any on my Concerns or Constitional Rights violated?

Willie Benton #65741-060
FCI Hazelton
Federal Correctional Instition
P.O. BOX 5000
Bruceton, Mills WV 26525

PITTSBURGH PA 150
31 AUG 2020 PM 2 L

Legal Mail

5:18CR406

Caroline Mahnke - Clerk
Federal Building U.S. Courthouse
2 South Main Street Suite 568
Akron, OH 44308

Please Read & Respond
And File to Record