**FILED**
SEP 17 2020
Clerk of Court, United States District Court
Ohio Northern District - AKRON

5:18cr406

Please file on Record And Respect As Motion.

I'm writing because my Supreme Court Writ filing is due Sept 27, 2020 And need to ReQuest to be Continued due to not being Able contact lawyer And Covid-19 we are on lockdown. Appeal Courts denied to give me A Lawyer to Represent me so I'm asking to Continue my deadline for filing Please

Willie R. Benton Jr
#19-3287

Willie Benton #65749060
F.C.I. Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills WV 26525

PITTSBURGH PA 150
14 SEP 2020 PM 3 L



Office of the Clerk
United States District Court
~~Akron Ohio 44308~~
2 South Main Street
Akron, Ohio 44308

44308-181143