# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 2, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 08, 2020
DEBORAH S. HUNT, Clerk

Re: Willie R. Benton, Jr.
v. United States
No. 20-5890
(Your No. 19-3287)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 29, 2020 and placed on the docket October 2, 2020 as No. 20-5890.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst