FILED 2:34 pm Jan 22 2021 Clerk U.S. District Court Northern District of Ohio Akron

RECEIVED JAN 22 2021 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON

File to Record Please

Hello I have wrote several times before I am trying to file my 2255 motion with the Courts and I called and ask for copies of my "Search Warrents" "Affidavits" and "Test Results" and files needed to do the right research to do my case. I ask my last lawyer to get these things and get no response or help. I'm trying to file Pro Se Now and really need these papers to do my case. I do not know what else to do but Request files from Court if Have to pay for copies my family can do that. Please either write back and tell me what to do or Contact my family (tAragion Mcwain) 330 388 3663 if have to pay for copies. Please file this letter to Record So Courts No I am Requesting these files.

Willie Benton
Case 5:18-cr-00406-JRA
Doc #91
Filed Sept 03 2020.
last time Requested these files
Please help me to do this Correctly to get all I need to file 2255 motion.

Willie Benton #657..
F.C.I. Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

5:18CR406

PITTSBURGH PA 150
19 JAN 2021 PM 5 L

Office of the Clerk
United States District Court
Northern District of Ohio
2 South Main Street
Akron, Ohio 44308.

44308-181143