IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:18CR406 |
| Plaintiff | * | |
| -vs- | * | JUDGE JOHN R. ADAMS |
| WILLIE BENTON | * | |
| Defendant | * | NOTICE TO COURT REGARDING DEFENDANT'S LETTER TO COURT (Doc. #96) |
| | * * * | |

Now comes undersigned counsel, who was trial counsel for Defendant, who makes the following response to Defendant's letter to Court (Doc. #96).

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY_____
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO., LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
(330) 253-7171 – 330-253-7174 fax
burdon-merlitti@neo.rr.com

BRIEF

Defendant did request his file from undersigned counsel. The file was sent to the Defendant at FCI Hazelton on August 20, 2020. Part of the copied file was returned to undersigned as "Does not meet BOP criteria."

At Defendant's request, undersigned counsel made another copy of the file and sent it to Attorney Shien, an attorney in Decatur, Georgia, who Defendant requested that counsel send the

1

file to.  Attorney Shien indicated she represented Defendant and provided a release from the Defendant.

In correspondence to Defendant on August 15, 2020, counsel sent a letter to Defendant indicating that since he had retained Attorney Shien to represent him, counsel could no longer advise him.

Recently, counsel received a call from Ms. McWain, the sister of Defendant, requesting the file.  Undersigned counsel advised her to provide a release from Defendant and counsel would again provide a copy of the file along with all CD's and discovery to Defendant.

Therefore, if Defendant's sister follows through with her request and provides a release from Defendant, undersigned counsel will promptly provide the file to her at Defendant's request.

/S/   LAWRENCE J. WHITNEY  
LAWRENCE J. WHITNEY  
Attorney for Defendant

PROOF OF SERVICE

I hereby certify that on January 25, 2021, a copy of the foregoing Notice to Court Regarding Defendant's Letter to Court (Doc. #96) was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/S/   LAWRENCE J. WHITNEY  
LAWRENCE J. WHITNEY  
Attorney for Defendant