IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18-cr-00406 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | |
| WILLIE R. BENTON, JR., | ) | **NOTICE TO THE COURT** |
| | ) | |
| Defendant. | ) | |

Now come the undersigned, Robert A. Dixon, and hereby gives notice to the Court that he has today mailed documents to the Defendant Willie Benton in response to his "Motion for Documents", (doc. #96, page ID# 815) filed herein on January 22, 2021.

Counsel believes that he has no turned over all documents in his possession exclusive of the pre-sentence report which are responsive to Mr. Benton's Motion. It is believed that some or all of these documents have been previously provided.

                                                                                        Respectfully submitted,

                                                                                        /s/ Robert A. Dixon
                                                                                        ROBERT A. DIXON (#0022466)
                                                                                        4403 St. Clair Avenue
                                                                                        Cleveland, Ohio 44103
                                                                                        (216) 432-1992
                                                                                        (216) 881-3928 facsimile
                                                                                        Dixonlaws@aol.com

## CERTIFICATE OF SERVICE

    This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this 25th day of January, 2021.

                                      /s/ Robert A. Dixon_____
                                      ROBERT A. DIXON
                                      Attorney for Defendant