UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | **Case No. 5:18-CR-00406-JRA(1)** |
| | : | |
| Vs. | : | |
| | : | **Civil Docket No. 5:21-cv-00677** |
| **Willie Benton Jr.** | : | |
| Petitioner. | : | |

## MOTION TO TEST SUBSTANCE

Comes now Willie Benton, by and through undersigned counsel and respectfully submits this Motion to Test Substance and shows the following:

1. Petitioner was sentenced including in the relevant conduct a substance found in the safe of his home. (Doc. 82 p. 66).

2. This substance was low quality and there were reports that reasonably raised the question of whether the substance actually contained crack cocaine and if so, how much. (Doc. 75 p. 14, 17, 22, 28, 29-30, 47, 58)

3. Counsel stated at the plea hearing that he would have this substance tested. (Doc 75 p. 23).

4. Petitioner has filed a timely 2255 motion including the issue that counsel was ineffective in not following through with his word.

Wherefore, Petitioner respectfully requests that he be permitted to have an independent expert test the substance at issue in this case as should have been done prior to sentencing.

On this ___ day of March, 2022.

                                              Respectfully Submitted,

                                              /s/ Mark S. Bennett
Mark S. Bennett, Esq.
Bar No. 0069823
Local Counsel
1991 Crocker Road, Suite 600
Westlake, Ohio 44145
(216) 849-8230
mark@bennettlegalfirm.com

/s/Marcia Shein
State Bar No. 639820
Federal Bar No. 53667
Lead Counsel
Law Firm of Shein & Brandenburg
2392 North Decatur Road
Decatur, GA 30033
(404) 633-3797
(404) 633-7980 (fax)
Marcia@msheinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Response has been electronically filed via the CM/ECF system, which will electronically serve a copy of this at.

This __ day of March, 2022.

                                                 Respectfully Submitted,

                                                 /s/ Mark S. Bennett
                                                 Mark S. Bennett, Esq.
                                                 Bar No. 0069823
                                                 Local Counsel
                                                 1991 Crocker Road, Suite 600
                                                 Westlake, Ohio 44145
                                                 (216) 849-8230
                                                 mark@bennettlegalfirm.com

                                                 /s/Marcia Shein
                                                 State Bar No. 639820
                                                 Federal Bar No. 53667
                                                 Lead Counsel
                                                 Law Firm of Shein & Brandenburg
                                                 2392 North Decatur Road
                                                 Decatur, GA 30033
                                                 (404) 633-3797
                                                 (404) 633-7980 (fax)
                                                 Marcia@msheinlaw.com