# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | JUDGE JOHN R. ADAMS |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO. 5:18CR406 |
| | } | 5:21CV677 |
| Willie R. Benton, (65749-060) | } | |
| | } | |
| Defendant(s). | } | ORDER |
| | } | |

IT IS ORDERED that the Warden of Federal Correctional Institution Hazelton and the U.S. Marshal for the Northern District of Ohio at Akron, Ohio bring Willie R. Benton, Jr., #65749-060 to this court on January 31, 2024 at 11:30 a.m. in Courtroom #575 for a re-sentencing hearing in light of the order from the U.S.C.A. for the 6th Circuit and to be returned to the said facility following all court proceedings related to this matter as soon as the case is concluded.

DATE: December 19, 2023

Sandy Opacich
Clerk of Court

By     s/Christin M. Kestner
Courtroom Clerk to the
Honorable John R. Adams
(330) 252-6071