**FILED**

2:55 pm Jan 24 2024
Clerk U.S. District Court
Northern District of Ohio
Akron

5:18 cr 406

Judge Adams,

I Talk with Ms. Kestner Your Courtroom Deputy Clerk, About getting a copy of my Transcripts for my case so I can prepare please. My Daughter Brooklyn Benton Can come and pick it up for me please. 3307150559 And also I have a status Hearing Jan 31st, I was wondering if can be appointed counsel The lawyer I did have will not be able to finish This stage of my Case.

Thank You

Willie Benton #65749860

Need Appointed Counsel to be able come talk Me for I am prepared to Not miss Anything with my case before hand.

Also if possible a copy of My Presentence Investigation Report I believe some Laws may make my points lower for being on probation and a copy of my plea agreement So I Am prepared.

Thank You Again!