Willie Benton #65749060
Northeast Ohio Correctional Center
2240 Hubbard Rd
Youngstown, Ohio 44505

Judge Adams Deputy Clerk
Christin Kestner
2 S. Main St RM 510
Akron Oh 443

legal mail

CLEVELAND OH 440
16 JAN 2024 PM 2 L

ZIP 44505 $000.63
02 4W
0000348880 JAN 12 2024

Core Civic/NEOCC has neither inspected nor censored and will not be responsible for the contents.