During the Status Conference held on 1/31/24, the Court granted Defendant's motion to appoint counsel.
s/John R. Adams
U.S. District Judge  1/31/24

**FILED**
2:55 pm Jan 24 2024
**Clerk U.S. District Court**
**Northern District of Ohio**
Akron

5:18cr406

Judge Adams,

I Talk with Ms. Kestner Your Courtroom Deputy Clerk, About getting a copy of my Transcripts for my case so I can prepare please. My Daughter Brooklyn Benton Can come and pick it up for me please. 3307150559 And also I have a status Hearing Jan 31st, I was wondering if can be appointed counsel The lawyer I did have will not be able to finish This stage of my Case.

Thank You

Willie Benton #6574960

Need Appointed Counsel to be able come talk me for I am prepared to not miss Anything with my case before hand.

Also if possible a copy of My Presentence Investigation Report I believe some Laws may make my points lower for being on probation and a copy of My plea agreement so I am prepared.

Thank You Again!