FILED
MAR 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Hello, Mr Adams

5:18cr406

I, Willie Benton has had a death in my family this week. I called my Counsel to ask for a motion to be filed to Attend funeral. They sounded like they either do not handle them type of things. I then called Ms Christian She says out of 3 you at least done video by funeral. I am begging you to consider doing either please by shackles or video or bond which ever. I promise you I will return to jail. I am back on Appeal for 2255 because my Lawyer Mr. Whitney did not do any investigative duties with my case at all and recieve "Greater thar Necessary" Sentence for my offenses. If possible could you please grant me to be allowed to Attend funeral. My family is calling my Attorney Right now on Friday March 15 2024 to ask them to file Anyway. Thank You. If they do not I wrote this letter in advance for consideration and to be Respected as a Motion.
Thank You again.

Willie Benton #65749060
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Legal Mail

CLEVELAND OH 440
19 MAR 2024 PM 6 L

Core Civic/NEOCC has neither inspected nor censored and will not be responsible for the contents.

ATTN: Christian/Judge Adams
U.S. District Court Suite 575
2 South Main Street
Akron, OH 44308

44308-187699