IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:18-cr-00406 |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| WILLIE R. BENTON JR., | ) | **MOTION TO APPROVE INDEPENDENT** |
| | ) | **DRUG TEST FUNDING** |
| Defendant. | ) | |

  Now comes Defendant, Willie R. Benton Jr., by and through undersigned counsel, and respectfully sets forth this Motion to Approve Independent Drug Testing Funding. The Official Quote from NMS Labs and a current list of all of the lab's qualifications and licensures are attached herein. Mr. Benton respectfully asks this Court to grant this Motion for the reason set forth in the attached Brief in Support.

                 Respectfully submitted,

                 DICAUDO, PITCHFORD & YODER, LLC

                 /s/ J. Reid Yoder
                 J. Reid Yoder (0076587)
                 209 S. Main Street, Third Floor
                 Akron, Ohio 44308
                 Telephone:330.762.7477
                 Facsimile:330.762.8059
                 Email: ryoder@dpylaw.com

**BRIEF IN SUPPORT**

On February, 13th, 2024 Mr. Benton, through Counsel, filed (Document #124) seeking the Court's approval to have the confiscated drugs retested. Counsel secured a lab, NMS Labs, which is willing and able to perform the necessary tests. The final quote from NMS has been received and the total is $9,716.00, for testing without observation of the Government Agents or a total of $11,000.00 in the event two (2) agents wish to observe the testing. The Court indicated that prior to granting such, it wished to view the credentials of the selected lab. Afterwards the drugs were then retested by the Bureau of Criminal Investigation on behalf of the Government due to the lack of availability for testifying purposes of the original reporting forensic scientist.

Prior to receiving the finalized quote from NMS Labs, Counsel did contact several other Labs but was unable to move forward due to the labs lacking proper equipment, unavailability of Lab personnel or DEA licensing to handle the controlled substances. In the quote, NMS provided Counsel with a breakdown that explains the necessity of the cost. First, there are seven (7) items to be tested. To identify and quantify each item, the lab charges approximately $995.00 per sample. The total for the identification and quantification tests for all seven (7) items is $6,965.00. To determine if the controlled substances contain cocaine salt vs. base, the lab charges $384.00 per sample, a total of $2,688.00. The testing will take a total of forty-five (45) days from receipt and includes a $63.00 case return fee. In the event the Government wishes to observe the testing, the Lab charges a fee of $275.00 per agent, per hour or $1,284.00; however, this estimation may change depending on how long it actually takes to complete the testing. After adding up all tests, fees and factoring in the potential of the Government observing the testing; the grand total for testing is $9,716.00 if Government Agents do not seek to observe the testing and $11,000.00, in the event two (2) Government Agents do intend to observe the testing.

Mr. Benton requests that this Court grant this approval for funding under 18 U.S.C. §3006A(e) and Chapter 3 of the Guidelines for the Administration of the Criminal Justice Act. The retesting of the evidence is necessary to provide Mr. Benton with adequate representation and after extensive research, NMS Labs is the only lab capable of handling the evidence in this matter.

Respectfully submitted,

DICAUDO, PITCHFORD & YODER, LLC

/s/ J. Reid Yoder
J. Reid Yoder (0076587)
209 S. Main Street, Third Floor
Akron, Ohio 44308
Telephone:330.762.7477
Facsimile:330.762.8059
Email: ryoder@dpylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2024, a copy of the foregoing was filed via the Court's electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Reid Yoder
J. Reid Yoder (0076587)