**To:** Cynthia Gallup <cgallup@dpylaw.com>
**Subject:** NMS Labs Test / Accreditation Information

Good afternoon, Cynthia.

It was a pleasure speaking with you today.

Here is a link to our licensures and accreditations: LABORATORY LICENSURE (nmslabs.com)

Please see test information below:

| Test code | Test name | Price | Turnaround time |
|---|---|---|---|
| 27600 | Drug ID and Quantitation (per compound) | $995 (per compound, per sample) | 45 days from date of receipt |
| 29100 | Cocaine Salt vs. Base Determination | $384 (per sample) | |
| 99200 | Case Return Fee | $63 (per shipment) | |

Please let me know if you require additional information.

Thank you,
Danielle

**Danielle Farina** (She/Her)
Account Manager
200 Welsh Road
Horsham, PA 19044 USA
Mobile: +1.267.521.9039
danielle.farina@nmslabs.com

Browse our entire test catalog: www.nmslabs.com

Confidentiality Notice: The information in this e-mail message, including any attachments, is confidential and may be legally privileged. This e-mail message is for the sole use of the intended recipient(s), and any unauthorized review, use, disclosure or distribution is prohibited. All views or opinions presented are solely those of the author and do not necessarily represent those of NMS Labs. If you are not the intended recipient of this e-mail message, please contact NMS Labs at (866) 522-2216. Confidentiality Notice: The information in this e-mail message, including any attachments, is confidential and may be legally privileged. This e-mail message is for the sole use of the intended recipient(s), and any unauthorized review, use, disclosure or distribution is prohibited. All views or opinions presented are solely those of the author and do not necessarily represent those of NMS Labs. If you are not the intended recipient of this e-mail message, please contact NMS Labs at (866) 522-2216.

3

