

# LABORATORY LICENSURE AS OF JANUARY 8, 2024
## NMS LABS TOXICOLOGY

1. **Clinical Laboratory Improvement Amendments (CLIA) Certificate of Accreditation:** Laboratory No. 39DO197898 (Expires May 7, 2024)

2. **College of American Pathologists (CAP) Laboratory Accreditation Program (LAP):** Accreditation No. 3030301 (Expires December 8, 2024)

3. **College of American Pathologists (CAP) International Standards - ISO 15189:2007 Accreditation:** Certification No. 3030301 (Expires August 22, 2025)

4. **ISO/IEC 17025:2017:** Certificate No. FT-0120 (Expires December 31, 2026)
   - **ANSI National Accreditation Board (ANAB) Forensic Science Testing and Calibration AR 3125:2023**
   - **ABFT Forensic Toxicology Laboratory Accreditation Requirements: 2021**

5. **California Department of Public Health:** Lab ID Number COS 800001 (Expires May 28, 2024)

6. **Colorado Department of Public Health and Environment:** (Expires June 30, 2024)

7. **Illinois State Police License:** (Expires December 1, 2025)

8. **Louisiana Department of Public Safety and Corrections - Forensic Toxicology Analysis** (Tied to ANAB accreditation)

9. **Maine Department of Human Services:** Substance Abuse Testing (Effective February 26, 2023)

10. **Maryland Department of Health:**
    **Medical Laboratory Permit No. 580 (No expiration date)**
    - Forensic Toxicology License No. FL009P (No expiration date)

11. **New York State Department of Health:** PFI No. 3772 (Expires June 30, 2024)

12. **Pennsylvania Department of Health:** Laboratory Permit No. 00504A (Expires August 15, 2024)

13. **Rhode Island Department of Health – Office of Facilities Regulation:** License No. LCO01266 (Expires December 30, 2024)

14. **Texas Forensic Science Commission Administration** (Tied to ANAB accreditation)

15. **FDA Registration:** Horsham No. 064341449 (No expiration date)

16. **National Provider Identifier (NPI)** Number – 1922177732 (No expiration date)

17. **Medicare** No. 39-8154 (No hard copy of license; covered under inspection by Commonwealth of PA)



Available current accreditations and certificates are located on the website at www.nmslabs.com.



# LABORATORY LICENSURE AS OF JANUARY 8, 2024
## NMS LABS CRIME LABORATORY

1. **ISO/IEC 17025:2017** Certificate No. FT-0120 (Expires December 31, 2026)
   - **ANSI National Accreditation Board (ANAB) Forensic Science Testing and Calibration AR 3125:2023**

2. **Texas Forensic Science Commission Administration:** (No expiration date – tied to ANAB accreditation)

3. **Maryland Department of Health:** Willow Grove, PA License No. FL009X (No expiration date)
   - Bucks County, PA License No. FL009W (No expiration date)
   - Dallas/Fort Worth, TX License No. FL009G (No expiration date)
   - El Paso, TX License No. FL009E (No expiration date)
   - Winston-Salem, NC License No. FL009N (No expiration date)

4. **DEA Registration TX:** El Paso/Dallas Fort Worth (Expires October 31, 2024)

5. **DEA Registration PA:** Bucks County/Willow Grove (Expires October 31, 2024)

6. **DEA Registration NC:** Winston-Salem (Expires October 31, 2024)

7. **FDA Registration:** Willow Grove No. 949561885 (No expiration date)

8. **North Carolina Department of Health and Human Services Controlled Substances Registration Certificate:** Winston-Salem (Expires October 31, 2024)

9. **Washington DC Department of Health - Controlled Substance Registration:** Willow Grove, PA
   - Schedule I (Expires May 31, 2025)
   - Schedules II-V (Expires September 23, 2025)

10. **Washington DC Department of Health – Non-Resident Distributor License:** Willow Grove, PA (Expires September 30, 2024)

Available current accreditations and certificates are located on the website at www.nmslabs.com.