UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 5:18CR406 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| WILLIE R. BENTON, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Sixth Circuit remanded this matter with instructions that the Court conduct an evidentiary hearing on Defendant Willie Benton's allegation that his previous trial counsel was ineffective for failing to determine if a substance was in fact crack cocaine. The Circuit noted that "Counsel could have argued both that the substance should not be considered relevant conduct and that, if it was counted as relevant conduct, it should be treated as regular cocaine, not crack. Because it is plausible that the substance was cocaine base but not crack, which would have resulted in a lower guidelines range, Benton is entitled to further factual development on his certified ineffective-assistance claim." Doc. 113 at 5.

To facilitate this hearing, the Court appointed Benton new counsel. New counsel, in turn, sought approval for fees to have the substance at issue independently tested. After proper measures were put in place to ensure the substance could be safely transported to be tested, testing was completed. Accordingly, the Court scheduled an evidentiary hearing for May 7, 2025. Consistent with the remand, counsel's presentation and argument will be limited to whether Benton could have put forth any successful arguments to alter his sentencing if the drug testing had

1

been completed by his prior counsel. The hearing is not a full resentencing hearing, so presentation will be limited to the scope of the remand order.

    IT IS SO ORDERED.

<u>March 28, 2025</u>                        <u>/s/ *John R. Adams*</u>
Date                                     Judge John R. Adams
                                              United States District Court