UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 5:18CR406 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| WILLIE R. BENTON, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant Willie Benton's motion for reconsideration. Doc. 140. Benton seeks to "clarify certain issues" with respect to the upcoming evidentiary hearing. Upon review, the motion is GRANTED.

Consistent with the Court's written order dated March 28, 2025, Benton will be permitted to present any evidence relevant to the determination of whether the substance at issue is properly categorized as crack cocaine. However, Benton should also be mindful of the testimony previously received by the Court during Benton's original sentencing on February 13, 2019. During that sentencing, Detective Gilbride gave statements regarding the appearance of the drugs at issue. As such, any additional testimony that Benton seeks to provide should not be duplicative of information previously received by the Court.

IT IS SO ORDERED.

April 9, 2025                                        /s/ John R. Adams
Date                                                        Judge John R. Adams
                                                                United States District Court