

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED


PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2



US POSTAGE PAID IMI
05/29/2025
From 44505
Zone 1
Pitney Bowes CommPrice
Flat Rate Envelope
028W0002310149
2000275395

**USPS PRIORITY MAIL®**

WILLIE BENTON
2240 Hubbard Rd
Youngstown OH 44505-3157

Expected Delivery Date: 06/02/2025

0003

RECEIVED
JUN 03 2025
CLERK, U.S. DISTRICT COURT
JDG ADAMS DISTRICT OF OHIO
US DISTRICT COURT, STE 575
2 S MAIN ST
AKRON OH 44308-1813

C002

USPS TRACKING #

9405 5091 0515 6626 2519 23




