Case: 5:18-cr-00406-JRA  Doc #: 156  Filed: 06/27/25  1 of 3.  PageID #: 1221

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**WILLIE BENTON,**
Defendant.



Case No. [Insert Your Case Number] 5:18-CR-00406
Judge: Judge Adams

## MOTION FOR EVIDENTIARY HEARING

NOW COMES Defendant **Willie Benton,** Pro Se, and respectfully moves this Honorable Court to grant an **evidentiary hearing** pursuant to **28 U.S.C. § 2255(b)** in support of his previously certified claim of **ineffective assistance of counsel** and based on newly discovered evidence that materially supports constitutional violations not previously litigated.

## GROUNDS FOR HEARING

1. Mr. Benton filed a motion to vacate under **28 U.S.C. § 2255** on **October 23, 2023**, raising multiple constitutional violations, including **ineffective assistance of counsel** for failure to investigate and challenge the basis of his arrest and prosecution.
2. On review, the **Sixth Circuit Court of Appeals certified his ineffective assistance of counsel claim**, confirming the issue is substantial and merits further judicial consideration.
3. Mr. Benton has now discovered new evidence in his investigation report that was previously unavailable and not disclosed in discovery. Specifically:
    - A **GPS tracking warrant** was placed on his vehicle on or around the date of his arrest (**June 26, 2018**). This warrant was **never disclosed** by the prosecution or referenced in the criminal complaint or discovery.
    - The criminal complaint instead relied on an unnamed **confidential source** whose reliability, credibility, or basis of knowledge was never established.
    - The federal investigation leading to Mr. Benton's arrest was based on **Title III federal wiretap evidence**, which was also not disclosed or litigated. Mr. Benton was arrested on a **state search warrant** but taken **directly into federal custody**, without being presented before a state judge.
    - These procedural actions raise **Fourth, Fifth, and Sixth Amendment violations** that were never addressed by trial counsel.
4. Defense counsel failed to investigate or challenge any of the following:
    - The legality of the GPS surveillance;

- o The reliability of the alleged source;
- o The jurisdictional defects in the warrant and arrest process;
- o The concealment of wiretap evidence.
5. These claims involve factual disputes and newly discovered evidence not in the record. Mr. Benton is entitled to a hearing under **§ 2255(b)** to present evidence and testimony in support of his constitutional claims.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Benton respectfully requests that this Court:

- GRANT an **evidentiary hearing** on the grounds listed above;
- PERMIT presentation of witness testimony and new documentary evidence;
- CONSIDER this new evidence in support of his pending § 2255 motion;
- GRANT such other relief as is just and proper.

**Respectfully submitted,**

Willie Benton #65749060
Pro Se Defendant
2240 Hubbard Rd Youngstown, OH 44505
Date: 6/27/2025

## DECLARATION IN SUPPORT

I, **Willie Benton**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Defendant in this case.
2. On or about **6/27/2025**, I reviewed my investigation report and discovered that a **GPS tracking warrant had been issued for my vehicle** prior to my arrest on **June 26, 2018**.
3. This GPS warrant was never disclosed in discovery, nor mentioned in the criminal complaint.
4. I also discovered that the **criminal complaint relied on an unnamed "source"** with no explanation of reliability, credibility, or basis of knowledge.
5. The government never disclosed that the investigation was based on **federal Title III wiretap evidence**.
6. I was arrested on a state search warrant but **immediately taken into federal custody** without ever being brought before a state judge.

7. My trial counsel **did not raise or litigate any of these issues**, and this information was not previously available to me.

Executed on: 6/27/2025
**Signature: Willie Benton #65749060**