Willie Benton #65749066
Neocc
2240 Hubbard Rd
Youngstown, OH 44505

Legal Mail / File and Return Please!

CLEVELAND OH 440
29 JUL 2025 PM

US POSTAGE (M) PITNEY BOWES
ZIP 44505 $ 000.74⁰
02 4W
0000348880 JUL 25 2025

RECEIVED
AUG 0 1 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Clerk of Courts
United States District Court
Northern District of Ohio
2. S. Main ST
Akron, OH 44308
44308-187699

1st Memorandum
Clerk of Adams