Willie Benton #65749060
NEOCC
2240 hubbard rd
Youngstown, OH 44505

Clerk of Courts
U.S. District court
2. S. Main st
Akron, OH 44308