IN The United States District Court for The Northern ~~Distis~~ District of Ohio (Akron)

United States of America
 Plantiff,

V.

Willie R. Benton Jr
 defendant.

Case # 5:18-CR-00406

Judge: John R. Adams

DEFENDANTS Motion to STAY proceedings Pending Resolution of Appellate review.

Defendant Willie R. Benton Jr, appearing pro se, respectfully moves this Court for an order staying all proceedings in the above-captioned matter pending the outcome of appellate review sought in the United States Court of Appeal.

(1)

This motion is brought under the Court's inherent authority to manage its docket, Federal Rule of Civil Procedure 62 (when applicable), and general principles governing stays of proceedings in federal court.

## I. Introduction

Defendant has sought, or intends to seek, appellate review of matters that are directly implicated by the proceedings scheduled in this Court. Continuing foward at this time would risk irreparable harm, prejudice Defendant's rights, and potentially render any appellate review ineffective. A stay will preserve the status quo, prevent unnecessary expenditure of judicial resources, and allow the appellate tribunal to review the issues without interference from ongoing district court proceedings.

## II. Background

Defendant has resentencing ahead after 2 years and 1 year almost attempting to have both remand counsel file

a motion Rule 7 governing 2255 on Remand but neither would file. New counsel Eddie Sipplen refuses says he only has a role for resentencing only. Conference Status hearing is Dec 11, 2025. I filed my self pro se motions because neither counsel would and were all denied some as moot. M/y Oct 23, 2023 Order was specifically mentions a further development on my certified ineffective assistance claims not a "limited hearing" was never mentioned in order and my vacated Judgment also allows me to expand all on Record not parts only about "crack" issue. The Order never mentions only at all what says was "Counsel should have argued "Both" That Relevant conduct should not apply, This done alone has not happened because again This court has abuse its discretion how before how The Order mentions. Also ORDER says it was plausible not "Crack" maybe a non-crack substance even mentions. Never says hearing

(3)

limited to only plausible "CRACK" issue alone. No it says hearing is ~~for~~ further development about all counsel not limited to anything I never recieved a Evidentiary Hearing about any counsel how The record reflects. So I really need "STAY" so record is properly expanded to show all further development and newly discovered evidence how all Counsel were ineffective in all my criminal process.

## III. LEGAL STANDARD

Federal courts have inherent authority to stay proceedings "in The interests of justice" and to control The disposition of The cases on Their docket." Landis v North American Co., 299 U.S. 248, 254 (1936).

A stay is ~~appropriate~~ where it promotes judicial economy, it prevents irreparable harm, It poses minimal prejudice to The opposing party, and it allows for orderly appellate consideration of important issues.

(4)

Courts typically evalute, likelihood of success on the related issue, risk of irreparable harm absent a stay, harm to the government, and public interest.

## IV. ARGUMENT

### A. A Stay is Necessary to Prevent Irreparable harm

Ongoing harm proceedings may cause that cannot be undone later, rights at issue may be compromised without a stay, and Proceedings further could moot or undermine appallate review.

### B. Defendant Has a Significant Likelihood of Sucess on The Appallete Issues.

The appellate issues are substantial to 4th Amendment constitutional violations, They misconduct is important questions of law, and rights being violated warrant full consideration before proceedings continue.

(5)

C. A STAY will not prejudice the government but will <u>expose</u> all wrong doing.

A temporary pause will not harm the government to find out if their misconduct was proper and was any jurisdictional issues that raise concerns, the governments ability to proceed later remains intact, and Judicial efficiency is better served by addressing the appellate issues first.

D. The Public Interest favors a STAY

Ensuring proper judicial process serves the public to no, it is better to pause than risk unnecessary or improper proceedings, and maintaining <u>orderly</u> appellate review promotes confidence in the courts. And if the courts are committing "Fraud on the Court," the public interestes matters.

## V. Request for Relief

Defendant respectfully requests that This Court:

1. Grant a stay of all proceedings in the above-captioned matter pending resolution of appellate review in the United States Court of Appeals.
2. Suspend all deadlines, hearings, orders, and obligations until appellate proceedings conclude
3. Grant any additional relief This Court deems appropriate.

Respectfully submitted

Defendant, Pro Se
Willie Benton #65749060
Neocc
2240 Hubbard rd
Youngstown, OH 44505

## Certificate of Service

I certify that on Dec 9, 2025 I mailed a copy or original to/of This Motion to Stay on Clerk of Courts and to request sent to all parties involved.

#65749060

Willie Benton  Dec 9, 2025